IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MINNESOTA LIFE INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHARLES T. WEBB, *et al.*, )<br>)<br>Defendants. ) | Civil Action No. 1:13-cv-1242 (AJT/IDD) |

## **ORDER**

This matter is before the Court on the Report and Recommendation of the Magistrate Judge [Doc. No. 39] recommending that Plaintiff Minnesota Life Insurance Company's Motion for Default Judgment, Motion to be Dismissed, and Amended Motion to be Reimbursed be granted. This matter is also before the Court on the Report and Recommendation of the Magistrate Judge [Doc. No. 40] recommending that Defendant Charles T. Webb's Motion for Summary Judgment be denied as moot. The Court has conducted a *de novo* review of the evidence in this case and adopts and incorporates the findings and recommendations of the Magistrate Judge. Accordingly, it is hereby

ORDERED that Plaintiff's Motion for Default Judgment [Doc. No. 20] be, and the same hereby is, GRANTED; and it is further

ORDERED that default judgment be, and the same hereby is, entered against Defendants Carlyn Rutter, Rebecca Habick, and Howard T. Rutter; and it is further

ORDERED that Defendants be, and the same hereby are, permanently ENJOINED from instituting or prosecuting any proceeding in any State or United States court affecting the life insurance benefits involved in this interpleader action, and that Plaintiff be, and the same hereby is, DISCHARGED from any further liability to Defendants, or anybody claiming through them; and it is further

ORDERED that Plaintiff's Motion to be Dismissed [Doc. No. 26] be, and the same hereby is, GRANTED, and Plaintiff be, and the same hereby is, DISMISSED from this action with prejudice; and it is further

ORDERED that Plaintiff's Amended Motion to be Reimbursed [Doc. No. 30] be, and the same hereby is, GRANTED, and Plaintiff be, and the same hereby is, awarded $2,000 as partial reimbursement for the costs and expenses it incurred in this action; and it is further

ORDERED that the Clerk disburse to Defendant Charles T. Webb the funds deposited by Plaintiff into the Court registry, less the award of $2,000 to Plaintiff; and it is further

ORDERED that Defendant Charles T. Webb's Motion for Summary Judgment [Doc. No. 17] be, and the same hereby is, DENIED as moot.

/s/
Anthony J. Trenga
United States District Judge

April 25, 2014
Alexandria, Virginia